IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
(Cedar Rapids)

RECEIVED JAN 20 2022

JACK LOSEE,
    Plaintiff,

No. 1:22-cv-00004-CJW-KEM

VS.

PLAINTIFF'S NOTICE TO THE COURT CONCERNING FURTHER EVIDENCE ISSUE

BETH SKINNER et al.,
    Defendants.

    Comes Now the Plaintiff Jack Losee, pro se, and gives Notice to the Court about further evidence, and the issue thereof.

    Plaintiff wishes to inform the Court that there are several prison officials and maintenance personnel that are aware of the mold issues in LUC. But due to the seriousness of this issue, and the major construction and finances it would take to clean out the mold and properly ventilate the building, including the cells and the pipe chases, the officers and maintenance personnel fear retaliation if they submit affidavits about what they know. And regardless of what the prison administrative and D.O.C. personnel may claim, that fear of retaliation is a

real possibility.

Wherefore, plaintiff asks this court to make arrangements to meet with counsels at some point, and come up with some way to assure that any officers and maintenance personnel can give true testimony about this issues laid out in this action without fear of reprisal at that time or at any future time because of it.

Dated: 1-14-22

Signed,
Jack Losee #0403522
406 N. High St.
Anamosa, IA 52205

F.Y.I. We have all been locked down, again, since 1/10/22 due to Covid issues. As a result, those of us in LWC are closed in 24 hours per day with no fresh air whatsoever at any time. It would seem that this may well become a frequent occurrence now because of infections and staff shortages.

Jack Losee
#0403522
406 N. High St.
Anamosa, IA
52205

LEGAL MAIL

NOTICE: This correspondence was mailed from an institution of the Iowa Department of Corrections

CEDAR RAPIDS IA 522
18 JAN 2022 PM 1 L
1.18.22 EMB



Clerk, U.S. District Court
111 Seventh Ave. SE, Box 12
Cedar Rapids, IA
52401-2101

XRAYED US MARSHALS SERVICE

52401-210312